**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A Professional Corporation

650 California Street, 26th Floor
San Francisco, California 94108
T: (415) 981-7210 | F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KATHERINE CONNOLLY (State Bar #343524)
kconnolly@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF A.S.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02029-TLN-KNJ<br><br>**ORDER GRANTING PETITION TO APPOINT SHAWN SPRINGER GUARDIAN AD LITEM FOR MINOR PLAINTIFF A.S.** |

1  The Petition for an Order appointing Shawn Springer as Guardian ad Litem
2 for the minor plaintiff A.S. is hereby GRANTED.
3  IT IS SO ORDERED.
4 Dated: December 7, 2023

Troy L. Nunley
United States District Judge