UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S.,<br><br>    Plaintiff,<br><br>    v.<br><br>POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, and HANNAH SMITH,<br><br>    Defendants. | Case No. 2:23-cv-2029-TLN-CSK<br><br>ORDER RE: FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974 ("FERPA")<br><br>(ECF No. 66) |

Plaintiff A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER, Defendant POINT QUEST, and Defendant VACAVILLE UNIFIED SCHOOL DISTRICT ("VUSD") have submitted a stipulation and proposed order regarding the release of records pursuant to the Family Educational Rights and Privacy Act of 1974 ("FERPA").[1] (ECF No. 66.) The Court has reviewed the request and grants the parties' stipulation and proposed order, with modification.[2]

///

///

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

[2] The Court's modifications to the proposed notifications are displayed in Exhibits A and B (e.g., adding a date for the parent and/or guardian's signature on the objection form).

1

**ORDER**

The Family Educational Rights and Privacy Act of 1974 ("FERPA") protects the privacy of students and their parents. *See* 20 U.S.C. § 1232g. Disclosure of student records falling under FERPA may nonetheless be disclosed "to comply with a judicial order or lawfully issued subpoena," as long as the agency or institution producing the records "makes a reasonable effort to notify the parent or eligible student of the order or subpoena in advance of compliance so that the parent or eligible student may seek protective action." 34 C.F.R. § 99.31(a)(9)(i)-(ii).

To the extent the records or categories of records are not subject to FERPA, Defendants shall not send a notice on the basis of FERPA and shall not withhold those records or categories of records responsive to discovery requests on the basis of FERPA.

To the extent the records or categories of records are subject to FERPA, Defendants shall produce those records responsive to discovery requests subject to the following requirements: POINT QUEST and/or VACAVILLE UNIFIED SCHOOL DISTRICT ("VUSD") shall notify the parents and/or guardians of affected students using the letters attached as **Exhibit A** and **Exhibit B**, respectively, within fourteen (14) days of identifying the student's records as responsive to discovery requests served in this case. If the parents and/or guardians of affected students wish to object to the disclosure of their student's information, they must communicate that objection in writing no later than twenty-one (21) days from the date of the notification letter.

POINT QUEST and VUSD shall not produce any records for which an objection is received, pending resolution of any such objection following the Parties' meet and confer efforts, which must occur by telephone, video, or in-person, or if the Parties' meet and confer efforts fail, through submission of a joint discovery statement submitted in compliance with the Court's Civil Standing Orders, Section II (Discovery). Any records

///

///

that are produced shall be treated as confidential under the Court's protective order (ECF No. 39).

**IT IS SO ORDERED.**

Dated:  October 18, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

EXHIBIT A – POINT QUEST NOTIFICATION

[DATE]

[ADDRESS]

Re:   *A.S. v Point Quest, Vacaville Unified School District*
United States District Court of California, Eastern District
Civil Case No.: 2:23-cv-02029-TLN-CSK

Dear Parent/Guardian:

Our firm represents Point Quest in a lawsuit brought by student A.S.. Plaintiff alleges that during the 2021/2022 school year, while assigned to the Point Quest campus, she was subjected to unlawful excessive physical restraint and physical and psychological abuse. The Plaintiff is represented by attorney Valerie Rose of the Walkup, Melodia, Kelly & Schoenberger firm. The Defendants deny Plaintiff's allegations.

Because records and information relating to your student may be relevant to the issues in this case, the Court has ordered Point Quest to produce your student's records after first providing you with an opportunity to object to such production.

Please note that any information disclosed in this case will be *confidential and subject to a protective order* requiring that such information only be used in connection with this lawsuit, if ~~it~~ used at all. In other words, the information will not be shared with anyone other than the Parties in this case or their attorneys and consultants. Similarly, the information will not be used for any other purpose outside of this litigation. Additionally, Point Quest will not release any other information in your student's files other than information and/or records that are specifically responsive to Plaintiff's' discovery requests.

**If you wish to object to the disclosure of your student's information, the Court order requires you communicate that objection no later than twenty-one days from the date of this letter. Accordingly, please be advised that, unless we hear from you by xxxxxxxx, your student's records may be subject to disclosure as described above.**

**You may object to the disclosure by completing and signing the attached "objection" form and returning it to our office by mail using the enclosed self-addressed stamped envelope. Otherwise, you may email your**

[DATE]
Page 2

**completed and signed objection form to \*\*\*\*\*.**

    Please feel free to contact us should you have any questions. Thank you, in advance, for your cooperation.

                                      Very truly yours,
                                      /s/

## Objection to Production of Student Information

I, _____ (print name) am the parent or guardian of _____ (print student's name). I object to the production of information relating to my student that is in the possession, custody, or control of POINT QUEST.

_____(signature)

Date: _____

_____

_____

_____(address)

Telephone: _____

Email: _____

EXHIBIT B – VACAVILLE DISTRICT NOTIFICATION

[DATE]

[ADDRESS]

   Re: *A.S. v Point Quest, Vacaville Unified School District*
      United States District Court of California, Eastern District
      Civil Case No.: 2:23-cv-02029-TLN-CSK

Dear Parent/Guardian:

  Our firm represents Vacaville Unified School District in a lawsuit brought by student A.S.. Plaintiff alleges that during the 2021/2022 school year, while assigned to the Point Quest campus, she was subjected to unlawful excessive physical restraint and physical and psychological abuse. The Plaintiff is represented by attorney Valerie Rose of the Walkup, Melodia, Kelly & Schoenberger firm. The Defendants deny Plaintiff's allegations.

  Because records and information relating to your student may be relevant to the issues in this case, the Court has ordered Vacaville Unified School District to produce your student's records after first providing you with an opportunity to object to such production.

  Please note that any information disclosed in this case will be *confidential and subject to a protective order* requiring that such information only be used in connection with this lawsuit, if used at all. In other words, the information will not be shared with anyone other than the Parties in this case or their attorneys and consultants. Similarly, the information will not be used for any other purpose outside of this litigation. Additionally, Vacaville Unified School District will not release any other information in your student's files other than information and/or records that are specifically responsive to Plaintiff's discovery requests.

  **<u>If you wish to object to the disclosure of your student's information, the Court order requires you communicate that objection no later than twenty-one days from the date of this letter. Accordingly, please be advised that, unless we hear from you by xxxxxxxx, your student's records may be subject to disclosure as described above.</u>**

  **You may object to the disclosure by completing and signing the attached "objection" form and returning it to our office by mail using the**

[DATE]
Page 2

**enclosed self-addressed stamped envelope. Otherwise, you may email your completed and signed objection form to \*\*\*\*\*.**

    Please feel free to contact us should you have any questions. Thank you, in advance, for your cooperation.

                                   Very truly yours,
                                   /s/

## Objection to Production of Student Information

I, _____ (print name) am the parent or guardian of _____ (print student's name). I object to the production of information relating to my student that is in the possession, custody, or control of VACAVILLE UNIFIED SCHOOL DISTRICT.

_____(signature)

Date: _____

_____

_____

_____(address)

Telephone: _____

Email: _____