1  JASON M. SHERMAN, ESQ. (SBN 245190)
   KRISTEN M. CAPRINO, ESQ. (SBN 306815)
2  JOHNSON SCHACHTER & LEWIS
   A Professional Law Corporation
3  Point West Commerce Centre
   1545 River Park Drive, Suite 204
4  Sacramento, CA 95815
   Telephone: (916) 921-5800
5  Facsimile: (916) 921-0247
   E-mails: jason@jsl-law.com / kristen@jsl-law.com
6
   Attorneys for DEFENDANTS:
7  VACAVILLE UNIFIED SCHOOL DISTRICT and ANASTASIA BOOMER

8                         **UNITED STATES DISTRICT COURT**

9                         **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| A.S., a minor, by and through her Guardian ad Litem, SHAWN SPRINGER,<br><br>Plaintiff,<br><br>v.<br><br>POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-02029-TLN-CSK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT VACAVILLE UNIFIED SCHOOL DISTRICT TO PROVIDE FURTHER RESPONSES AND PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date: May 20, 2025<br>Time: 10:00 a.m.<br>Courtroom: 25, 8th Floor<br><br>Complaint Filed: September 19, 2023<br>Trial Date: None Set |

                                **STIPULATION**

Plaintiff A.S., a minor, by and through her Guardian ad Litem, SHAWN SPRINGER and Defendants VACAVILLE UNIFIED SCHOOL DISTRICT and ANASTASIA BOOMER ("District Defendants") (collectively referred to herein as "the Stipulating Parties"), hereby stipulate to continue the hearing on Plaintiff's Motion to Compel Defendant Vacaville Unified School District to Provide Further Responses and Produce Documents Response to Plaintiff's

///

1

1  Request for Production of Documents from May 20, 2025 to June 3, 2025, with the deadline to
2  file the joint discovery statement to run from the new hearing date.
3
4          **IT IS SO STIPULATED.**
5
6  Dated:  May 5, 2025                                JOHNSON SCHACHTER & LEWIS
                                                    A Professional Law Corporation
7
8                                                   By: /s/ Kristen Caprino
                                                        JASON M. SHERMAN
9                                                       KRISTEN M. CAPRINO
                                                    Attorney for Defendants VACAVILLE UNIFIED
10                                                  SCHOOL DISTRICT and ANASTASIA
                                                    BOOMER
11
12 Dated:  May 5, 2025                                WALKUP, MELODIA, KELLY &
                                                    SHOENBERGER
13
14
                                                    By: /s/ Katherine Connolly (authorized 5/5/25)
15                                                      KHALDOUN A. BAGHDADI, ESQ.
                                                        VALERIE N. ROSE, ESQ.
16                                                      KATHERINE CONNOLLY, ESQ.
                                                    Attorneys for Plaintiff
17
18
19
20
21
22
23
24
25
26
27
28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

2
JT STIPULATION AND [PROPOSED] ORDER TO CONT. HEARING ON PLAINTIFF'S MOTION TO
COMPEL DEF. VACAVILLE UNIFIED SCHOOL DISTRICT TO PROVIDE FURTHER RESPONSES AND
PRODUCE DOCS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

The current hearing date on Plaintiff's Motion to Compel Defendant Vacaville Unified School District to Provide Further Responses and Produce Documents Response to Plaintiff's Request for Production of Documents is continued from May 20, 2025 to June 3, 2025 at 10:00 AM, with the deadline to file the joint discovery statement to run from the new hearing date.

**IT IS SO ORDERED.**

Dated: __May 6, 2025__

HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE

4, as2029.23

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
1545 RIVER PARK DRIVE, SUITE 204
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247