-1-

| | |
|---|---|
| 1 | CYNTHIA G. LAWRENCE (SBN 148927) |
| 2 | MEGHAN K. LAWRENCE (SBN 347802) |
|   | BLAZE VAN DINE (SBN 251946) |
| 3 | SIMS, LAWRENCE & BROGHAMMER |
|   | 1478 Stone Point Drive, Suite 450 |
| 4 | Roseville, CA 95661 |
|   | Telephone: (916) 797-8881 |
| 5 | Facsimile: (916) 253-1544 |
|   | Email: cynthia@sims-law.net |
| 6 |        meghan@sims-law.net |
|   |        blaze@sims-law.net |
| 7 |        SLB-eService@sims-law.net |

CRAIG A. TOMLINS (SBN 272678)
SCOTT J. HROZA (SBN 345428)
FREEMAN MATHIS & GARY, LLP
2281 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone: (916) 472-3300
Email: ctomlins@fmglaw.com
       Scott.Hroza@fmglaw.com

Attorneys for Defendants
POINT QUEST and HANNAH SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER, | Case No.: 2:23-cv-02029-TLN-CSK |
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE SCHEDULING ORDER** |
| vs. | Complaint Filed: September 19, 2023 |
| POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30 inclusive | FAC Filed: September 20, 2023 |
|   | Trial Date: None Set |
| Defendants. | |

Having considered the stipulation signed by all parties, IT IS HEREBY ORDERED that:

1. The parties' stipulation is GRANTED; and

///

///

-1-

ORDER RE STIPULATION TO CONTINUE SCHEDULING ORDER

2. The case related deadlines are continued 90-days from their previous deadline.

DATED: June 25, 2025

_____
Troy L. Nunley
Chief United States District Judge

-2-

ORDER RE STIPULATION TO CONTINUE SCHEDULING ORDER