CYNTHIA G. LAWRENCE (SBN 148927)
MEGHAN K. LAWRENCE (SBN 347802)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       meghan@sims-law.net
       blaze@sims-law.net
       SLB-eService@sims-law.net

CRAIG A. TOMLINS (SBN 272678)
SCOTT J. HROZA (SBN 345428)
FREEMAN MATHIS & GARY, LLP
2281 Lava Ridge Court, Suite 130
Roseville, CA 95661
Telephone: (916) 472-3300
Email: ctomlins@fmglaw.com
       Scott.Hroza@fmglaw.com

Attorneys for Defendants
POINT QUEST and HANNAH SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER,<br><br>Plaintiff,<br><br>vs.<br><br>POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30 inclusive<br><br>Defendants. | Case No.: 2:23-cv-02029-TLN-CSK<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER** |

///

///

///

-1-

**STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER**

1   Whereas, the parties in this case have been working diligently on conducting discovery;

2   Whereas, discovery in this action concerns complicated issues related to the privacy rights of
3   nonparty minors (ECF Nos. 45, 50, 56, 67, 77) and the deposition and examination of a minor;

4   Whereas, that discovery necessitated complex meet and confers, stipulations, multiple
5   hearings, and the resolution of complex issues most recently before the Court on September 18, 2025
6   (ECF No. 95);

7   Whereas, the parties could not conduct depositions or Plaintiff's independent mental
8   examination until those matters had been resolved and the related discovery produced;

9   Whereas, the parties are cooperating on scheduling the necessary depositions;

10  Whereas, the parties are meeting and conferring over the parameters of Plaintiff's independent
11  mental examination;

12  Whereas, fact discovery is currently set to close on October 16, 2025;

13  Whereas, the parties require additional time to complete depositions and Plaintiff's
14  independent mental examination;

15  Whereas, the parties jointly request a limited continuation of the close of fact discovery to
16  December 16, 2025—only as to the completion of Plaintiff's independent mental examination, the
17  completion of Plaintiff's deposition, and the parties' ability to complete depositions up to the
18  limitation of ten depositions provided by Rule 30(a)(2)(A)(i) of the Federal Rules of Civil Procedure,
19  including motions related to Plaintiff's independent mental examination and the depositions
20  conducted during the limited extended fact discovery period.  The deadline for the completion of all
21  other fact discovery will remain unchanged;

22  Whereas, the deadline for the disclosure of expert witnesses is currently December 16, 2025;

23  Whereas, in light of the parties' joint request for a limited continuation of the close of fact
24  discovery, the parties jointly request the deadline for the disclosure of expert witnesses be continued
25  to February 16, 2026;

26  Whereas, the deadlines for all other dates shall remain unchanged.

27  ///

28  ///

-2-

**STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER**

-3-

1    **IT IS SO STIPULATED.**

2    Dated: October 14, 2025                SIMS, LAWRENCE & BROGHAMMER

4                                            By: /s/ *Cynthia G. Lawrence*
                                                CYNTHIA G. LAWRENCE
5                                               MEGHAN K. LAWRENCE
                                                BLAZE VAN DINE
6                                               Attorneys for Defendants
                                                POINT QUEST and HANNAH SMITH

8                                            FREEMAN MATHIS & GARY, LLP

10                                           By: /s/ *Scott Hroza*
                                                CRAIG A. TOMLINS
11                                              SCOTT HROZA
                                                Attorneys for Defendants
12                                              POINT QUEST and HANNAH SMITH

14                                           WALKUP, MELODIA, KELLY &
                                             SCHOENBERGER

17                                           By: /s/ *Valerie N. Rose*
                                                KHALDOUN A. BAGHDADI
                                                VALERIE N. ROSE
18                                              KATHERINE S. CONNOLLY
                                                Attorneys for Plaintiff A.S.

20                                           JOHNSON SCHACHTER & LEWIS

22                                           By: /s/ *Kristein M. Caprino*
                                                JASON M. SHERMAN
23                                              KRISTEN M. CAPRINO
                                                Attorneys for Defendants
24                                              VACAVILLE UNIFIED SCHOOL
                                                DISTRICT and ANASTASIA BOOMER

**STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER**

-4-

**ORDER**

Having considered the stipulation signed by all parties, IT IS HEREBY ORDERED that:

1. The parties' stipulation is GRANTED;

2. The deadline for the completion of fact discovery solely as to the completion of Plaintiff's independent mental examination, the completion of Plaintiff's deposition, and the parties' ability to complete depositions up to the limitation of ten depositions provided by Rule 30(a)(2)(A)(i) of the Federal Rules of Civil Procedure, including motions related to Plaintiff's independent mental examination and the depositions conducted during the limited extended fact discovery period is continued to December 16, 2025. The deadline for the completion of all other fact discovery remains unchanged;

3. The deadline for the disclosure of expert witnesses is continued to **February 17, 2026**; and

4. All other case related deadlines will remain the same.

DATED: October 14, 2025

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER