CYNTHIA G. LAWRENCE (SBN 148927)
MEGHAN K. LAWRENCE (SBN 347802)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
       meghan@sims-law.net
       blaze@sims-law.net
       SLB-eService@sims-law.net

CRAIG A. TOMLINS (SBN 272678)
SCOTT J. HROZA (SBN 345428)
FREEMAN MATHIS & GARY, LLP
1013 Galleria Boulevard, Suite 250
Roseville, CA 95678
Telephone: (916) 472-3300
Email: ctomlins@fmglaw.com
       Scott.Hroza@fmglaw.com

Attorneys for Defendants
POINT QUEST and HANNAH SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER, <br><br> Plaintiff, <br><br> vs. <br><br> POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30 inclusive <br><br> Defendants. | Case No. 2:23-cv-02029-TLN-CSK <br><br> [PROPOSED] ORDER ON DEFENDANTS' INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF |

This matter came before the undersigned for hearing on November 17, 2025, in part, on Defendants' motion to compel Plaintiff's Independent Medical Examination ("IME"). (ECF No. 114.) Attorney Valerie Rose appeared for Plaintiff, attorney Blaze Van Dine appeared for Defendants Point Quest and Hannah Smith, and attorney Kristen Caprino appeared for

Defendants Vacaville Unified School District and Anastasia Boomer. On November 18, 2025, the Court issued an order granting in part and denying in part Defendants' motion to compel Plaintiff's IME. (ECF No. 115.) Pursuant to that order, Defendants were to file a Proposed Order as to the IME on or before December 1, 2025.

For the reasons set forth in the Court's November 18, 2025 order, the Court hereby orders:

1. Defendants' IME of Plaintiff shall consist of the following:

    a. A clinical interview of both of Plaintiff's parents by Defendants' expert. This interview shall last not more than 2 hours in total, exclusive of breaks. In conducting this interview, Defendants' expert will follow standardized structured and semi-structured interview tools consistent with accepted standards of practice and commonly used in clinical and developmental psychology to conduct such interviews, as well the *American Psychological Association Ethical Principles of Psychologists and Code of Conduct* (American Psychological Association, 2002, amended effective June 1, 2010, and January 1, 2017), and established specialty guidelines related to forensic psychology, psychological assessment and evaluation, and assessment of children and persons with disabilities. The ultimate selection of a specific interview tool will be based on the professional judgment and experience of Defendants' expert as clinically indicated during the interview, but shall be consistent with the provisions of this paragraph. The only individuals who may be present during the interview are Plaintiff's parents and Defendants' expert;

    b. A clinical interview of A.S. This interview shall last not more than 1 hour, exclusive of breaks. In conducting this interview, Defendants' expert will follow standardized structured and semi-structured interview tools consistent with accepted standards of practice and commonly used in clinical and developmental psychology to conduct such interviews, as well as the *American Psychological Association Ethical Principles of Psychologists and Code of Conduct* (American Psychological Association, 2002, amended effective June 1, 2010, and January 1, 2017), and established specialty guidelines related to forensic psychology, psychological assessment and evaluation, and

assessment of children and persons with disabilities.  The ultimate selection of a specific interview tool will be based on the professional judgment and experience of Defendants' expert as clinically indicated during the interview, but shall be consistent with the provisions of this paragraph.  The only individuals who may be present during this interview are A.S. and Defendants' expert;

        c.     Standardized testing of A.S.  This testing shall last not more than 2 hours, exclusive of breaks.  The tests administered by Defendants' expert may consist of a series of standardized psychological, behavioral, educational, and/or diagnostic instruments.  The only individuals who may be present during this testing are A.S. and Defendants' expert;

        d.     Standardized rating scales completed by one of A.S.'s teachers;

        e.     Standardized rating scales completed by one of A.S.'s parents; and

        f.     A School Observation of A.S.  This observation shall not exceed 2 hours and may consist of a mix of classroom and playground time.  Defendants' expert shall not interview or interact with A.S. or her teachers besides exchanging pleasantries (e.g., "hello").  Neither Plaintiff's parents, Plaintiff's counsel, nor Plaintiff's expert may attend the School Observation of A.S.

3.     Defendants' IME of Plaintiff, other than the School Observation and completion of the rating scales by one of A.S.'s teachers, will be conducted on **January 9, 2026**, at **9:00 a.m.**, at **1100 11th Street**, **3rd Floor, Sacramento**, **CA 95814**.[1]

4.     There will be no audio or video recording of any portion of the IME.

5.     Aside from Plaintiff, Plaintiff's parents, and Defendants' expert, as specified above, no individuals may attend or appear at the IME.

6.     The School Observation of A.S. will be coordinated with the school to ensure the observation occurs on a date A.S. is in attendance and that is convenient for the school.

/ / /

/ / /

---

[1] Attendees are to check in with reception staff at MR-315.

7. Defendants' IME shall be conducted by Dr. Rachel Powers, Psy.D., LMFT.

Dated: December 2, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, as2029.23

[PROPOSED] MODIFIED ORDER ON DEFENDANTS' INDEPENDENT MEDICAL EXAMINATION