LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
KATHERINE CONNOLLY (State Bar #343524)
kconnolly@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
**A.S., A MINOR, BY AND THROUGH HER**
**GUARDIAN AD LITEM SHAWN SPRINGER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER,

Plaintiff,

v.

POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30, inclusive,

Defendants.

Case No. 2:23-cv-02029-TLN-CSK

**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141**

FAC Filed: September 20, 2023
Trial Date: None Set

For the reasons set forth in Plaintiff's Request to Seal Documents, the Request to Seal is granted. Pages [1] through [268] of the documents submitted with the Request shall be filed under seal. The sealed documents can be unsealed only upon a superseding Order from this Court.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Troy L. Nunley
Chief United States District Judge

LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210