CYNTHIA G. LAWRENCE (SBN 148927)
MEGHAN K. LAWRENCE (SBN 347802)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
meghan@sims-law.net
blaze@sims-law.net
SLB-eService@sims-law.net

CRAIG A. TOMLINS (SBN 272678)
SCOTT J. HROZA (SBN 345428)
FREEMAN MATHIS & GARY, LLP
1013 Galleria Boulevard, Suite 250
Roseville, CA 95678
Telephone: (916) 472-3300
Email: ctomlins@fmglaw.com
Scott.Hroza@fmglaw.com

Attorneys for Defendants
POINT QUEST and HANNAH SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER,<br><br>Plaintiff,<br><br>vs.<br><br>POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30 inclusive<br><br>Defendants. | Case No. 2:23-cv-02029-TLN-CSK<br><br>**ORDER** |

Having considered Defendants POINT QUEST and HANNAH SMITH's request to seal pursuant to Local Rule 141, the Court finds a compelling reason to seal the documents containing information subject to redaction pursuant to Local Rule 140(a) and that a redacted version of the documents has been filed on the docket. (ECF No. 136.)

Accordingly, IT IS HEREBY ORDERED:

1. Defendants' request to seal documents is GRANTED;

2. The Clerk of the Court is directed to seal the document filed at ECF No. 128-7 pursuant to Local Rule 141(a); and

3. The sealed documents shall remain under seal until further order of the Court. Access shall be limited to the Court and authorized court personnel. Counsel of record may retain the copies of these documents already in their possession, subject to the protective order entered in this action.

DATED: October 20, 2026

Troy L. Nunley
Chief United States District Judge