CYNTHIA G. LAWRENCE (SBN 148927)
MEGHAN K. LAWRENCE (SBN 347802)
BLAZE VAN DINE (SBN 251946)
SIMS, LAWRENCE & BROGHAMMER
1478 Stone Point Drive, Suite 450
Roseville, CA 95661
Telephone: (916) 797-8881
Facsimile: (916) 253-1544
Email: cynthia@sims-law.net
meghan@sims-law.net
blaze@sims-law.net
SLB-eService@sims-law.net

CRAIG A. TOMLINS (SBN 272678)
SCOTT J. HROZA (SBN 345428)
FREEMAN MATHIS & GARY, LLP
1013 Galleria Boulevard, Suite 250
Roseville, CA 95678
Telephone: (916) 472-3300
Email: ctomlins@fmglaw.com
Scott.Hroza@fmglaw.com

Attorneys for Defendants
POINT QUEST and HANNAH SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S., a minor, by and through her Guardian ad Litem SHAWN SPRINGER,<br><br>Plaintiff,<br><br>v.<br><br>POINT QUEST, VACAVILLE UNIFIED SCHOOL DISTRICT, ANASTASIA BOOMER, HANNAH SMITH and DOES 1-30 inclusive<br><br>Defendants. | Case No. 2:23-cv-02029-TLN-CSK<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE AMENDED REPLY IN SUPPORT OF DEFENDANTS POINT QUEST AND HANNAH SMITH'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

///

1. Defendants Point Quest and Hannah Smith shall file their amended reply in support of their motion for partial summary judgment (ECF No. 128) within three (3) days of the entry of this order.

2. The amended reply shall be filed together with the same supporting documents submitted with Defendants Point Quest and Hannah Smith's October 30, 2026 reply: Defendants' Response to Plaintiff's Statement of Disputed Facts, the Supplemental Declaration of Cynthia G. Lawrence, and the exhibits thereto. *See* ECF Nos. 143-1, 143-2.

3. The amended reply shall supersede the reply filed on October 30, 2026 at ECF No. 143.

**IT IS SO ORDERED.**

DATED: November 24, 2026

Troy L. Nunley
Chief United States District Judge